EUGENE J. KLINE, Appellant, *v.* JOHN P. HIBBARD et al.,
Respondents.

*Kline* v. *Hibbard*, 80 Hun, 50, affirmed.
(Argued March 10, 1898; decided March 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered July 12, 1894, affirming a judgment in favor of defendants entered upon a dismissal of the complaint on the merits on trial at Circuit.

*Homer Weston* for appellant.

*Goodelle & Nottingham*, for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., not voting, and MARTIN, J., not sitting.

CLARISSA MILES, Respondent, *v.* FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.

*Miles* v. *Fonda, J. & G. R. R. Co.*, 86 Hun, 508, affirmed.
(Argued March 9, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the third judicial department, entered May 22, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*A. D. L. Baker* for appellant.

*Z. S. Westbrook* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, O'BRIEN and HAIGHT, JJ., dissenting.